SCOTT N. SCHOOLS (SC Bar # 9990)
United States Attorney
JOANN SWANSON (CA Bar # 88143)
Chief, Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6855
Facsimile: (415) 436-7234
joann.swanson@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>　　Defendant. | No. 07-CV-5100-WHA<br><br>DECLARATION OF LAUREL BEELER IN SUPPORT OF DEFENDANT UNITED STATES' MOTION TO DISMISS PLAINTIFF'S MOTION FOR WRIT OF INJUNCTION |

I, Laurel Beeler, declare as follows:

1. I am an assistant United States attorney in the Northern District of California and am the assigned prosecutor in the criminal case of <u>United States v. Oliver Hilsenrath</u>, CR 03 213 WHA.

2. Attached to this declaration are true and correct copies of the following documents:

Exhibit A:   Copy of certified mail return receipt signed by Oliver Hilsenrath, dated September 10, 2007, and provided to me by the United States Department of Justice, Office of International Affairs (OIA).

Exhibit B:   Email Exchange between Judith Friedman, Senior Trial Attorney, OIA and Raphael Mauro, attorney and Deputy Chief in the Swiss Federal Office of Justice, Division for International Legal Assistance, Section for Mutual Legal Assistance, provided to me by Judith Friedman.

Exhibit C:   A copy of the Mutual Legal Assistance Treaty With Switzerland, which OIA provided to me and which is available online at http://10.173.2.12/criminal/oia/MLATs/Switzerland_MLAT.htm.

3. According to OIA, on September 6, 2007, it sent Oliver Hilsenrath by certified mail,

DECLARATION OF LAUREL BEELER
(CV 07-5100 WHA)

1  return receipt requested, a copy of an order from Switzerland. That order is attached to CR 1,
2  Case No. 07-CV-05100-WHA (Oct. 3, 2007). OIA has told me that it has not yet sent a copy of
3  Exhibit A, the certified mail return receipt, to Switzerland as proof of service. By email dated
4  August 29, 2007, OIA forwarded me a copy of the same Swiss order, and on August 30, 2007, I
5  forwarded it by email to Mr. Hilsenrath.

    4. By email dated October 5, 2007, I forwarded Exhibit B to Mr. Hilsenrath.

    5. Because Mr. Hilsenrath filed a motion to prevent OIA from giving proof of service to the Swiss authorities, on September 25, 2007, I sent an email to Judith Friedman at OIA asking OIA not to return proof to Switzerland until the Court had an opportunity to consider Mr. Hilsenrath's motion. That same day, she responded that OIA had not yet sent a copy of Exhibit A, the certified mail return receipt, to Switzerland as proof of service.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed this 1st day of November, 2007, in San Francisco, California.

                                              Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                              /s/ Laurel Beeler
                                              _____
                                              LAUREL BEELER
                                              Assistant United States Attorney