# EXHIBIT B

From:           Raphael.Mauro@bj.admin.ch
Sent:           Friday, October 05, 2007 7:02 AM
To:             Judith.Friedman@crm.usdoj.gov
Subject:        AW: Hilsenrath

Dear Judith,

I assume that you are refering to the time-limit of 10 days to file an appeal against the decision of the Federal Prosecutor dated August 23, 2007 (p. 12 of the decision, "Legal Recourse").

According to Swiss law, as a general principle, the time to appeal begins to run the day after the addresse and possible appelant has taken notice of the decision (i.e. the day after the notification of the decision). Thus, in this case, the time begins to run the day after Mr. Hilsenrath has been served with the decision (notification) or has learned about the decision (if he has obtained knowledge by other means). Whether we or the Prosecutor have been advised by the U.S. authorities or not is not decisive.

 If no appeal is filed at the Federal Criminal Court in Bellinzona within 10 days after the notification, then the decision becomes final.

I hope that this response is of any help for you.

Best regards.

Raphaël

---

**Von:** Friedman, Judith H. [mailto:Judith.Friedman2@usdoj.gov]
**Gesendet:** Donnerstag, 4. Oktober 2007 21:46
**An:** Mauro Raphael BJ
**Betreff:** Hilsenrath

Dear Raphael,
As I may have mentioned, as a result of Brent Holtkamp's order, Mr.
Hilsenrath is suing the United States, as well as Switzerland.  The suit
against us is an attempt to enjoin us from notifying you of service of
process on Mr. Hilsenrath, who believes that a 10-day clock begins running
on the day you are officially notified that he was served with the order.
In essence, he would have only 10 days in which to reply to the order once
you/Holtkamp receives the notice from us.  My question is, is that
correct?  Or, does this clock start ticking from the actual date on which
he was served, regardless of when you find out?  Further, do you know,
what it is that happens, once this 10 days expires?  This information is
very important, because it could make the litigation moot.

Thank you for your prompt response.
Best regards,
Judith