SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6855
Facsimile:  (415) 436-6927
Email: joann.swanson@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C07-05100 WHA <br> Related to CR 03-00213 WHA <br><br> **PROOF OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that on **November 13, 2007** she caused a copy of:

**1. United States' Notice of Motion and Motion to Dismiss e-filed and served on 11/13/07.**

**2. Declaration of Laurel Beeler in Support of Defendant United States' Motion to Dismiss Plaintiff's Writ of Injunction with Exhibits A-C e-filed and served on 11/13/07.**

**3. Proposed Order e-filed and served on 11/13/07.**

//

//

//

//

1  **4. Proof of Service e-filed and served on 11/13/07.**

2  to be served by **First Class Mail and E-mail** upon the person at the place and address(es) stated

3  below, which is the last known address:

4  Oliver Hilsenrath, Pro Se
   822 Eastbrook Ct.
5  Danville, CA 94506
   PH: 925.212.6299     FX: 925.736.7571
6  Email: oliver_hilsenrath@sbcglobal.net

7      I declare under penalty of perjury under the laws of the United States that the foregoing is

8  true and correct.

9  Dated: November 13, 2007       ____/s/_____
                                                           LILY HO-VUONG
10                                                         Legal Assistant

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28