OLIVER HILSENRATH
822 Eastbrook Ct.
Danville, CA 94506
Telephone: 925.212.6299
Facsimile: 925.736.7571
Email: oliver_hilsenrath@sbcglobal.net

DEFENDANT *IN PRO PER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>USA,<br><br>　　　　　　Defendant. | Case No. CV 07-5100 WHA<br><br>**NOTICE OF APPEARANCE**<br><br>**PLAINTIFF *IN PRO PER*** |

Plaintiff *In Pro Per,* Oliver Hilsenrath, hereby respectfully submits the following appearance information:

Name: **Oliver Hilsenrath**

Address: **822 Eastbrook Court, Danville CA 94506**

Telephone: **925.212.6299**

Fax: **925.736.7571**

ECF email address: oliver_hilsenrath@sbcglobal.net.

Dated: November 13, 2007

Signed,

_____/s_____

OLIVER HILSERNATH