OLIVER HILSENRATH
822 Eastbrook Ct.
Danville, CA 94506
Telephone: 925.212.6299
Facsimile: 925.736.7571
Email: oliver_hilsenrath@sbcglobal.net

PLAINTIFF *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLIVER HILSENRATH,** | Case No. C07-05100 WHA<br>Related to CR 03-00213 WHA |
| Plaintiff, | |
| v. | **FINANCIAL SUPPLEMENT TO MEMORANDUM IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | Date: January 3, 2008<br>Time: 8:00 a.m.<br>Room: 9, 19th Floor<br>Judge: Hon. William H. Alsup |

1

This financial supplement to Oliver Hilsenrath's opposition to the United States' motion to dismiss includes by reference all arguments, legal points and authorities cited in the memorandum of opposition (Doc 12 in the instant case).

As stated in the United States' motion to dismiss, (Doc 7 – instant case), the service of the Swiss criminal judgment was intended pursuant to the Treaty between the United States and Switzerland (Beeler Decl. Current Case, Doc 8-4, Ex. C).

The United States have correctly defined the Treaty in their pleadings as "The Law of the Land".

The Treaty stipulates as follows in Article 34 "Cost of Assistance":

> *Article 34*
> *Costs of Assistance*
>
> *1. The following expenses incurred by an authority in the requested state in carrying out a request shall, upon application, be paid or reimbursed by the requesting state: travel expenses; fees of experts; costs of stenographic reporting by other than salaried government employees; costs of interpreters; costs of translation; and fees of private counsel appointed with the approval of the requesting state for a person giving testimony or for a defendant.*
>
> *2. No reimbursement shall be claimed for any other expenses.*
>
> *3. All expenses incurred in relation to a request pursuant to Article 26 shall be borne by the requesting state.*
>
> *4. No bond, guarantee, or other security for the expected costs shall be required.*

Nevertheless, and in breach of the Treaty – The Law of the Land – the Swiss criminal judgment (improperly served on Oliver Hilsenrath by the United States in breach of the provisions of the Treaty), charges Oliver Hilsenrath with the costs related to the US-Swiss mutual assistance.

By that, and in violation of the provisions of the Treaty, the two governments are using the Hilsenrath family assets as a piggy bank for their legal expenses.

2

The Swiss criminal judgment, improperly served by the United States, orders as follows (Doc 1, Hilsenrath Decl. Exhibit A – at page 11/12):

> 3. The costs, in the amount of CHF 104'508.40 are principally charged to the accused Oliver HILSENRATH.

Plaintiff Oliver Hilsenrath estimates that the Swiss prosecutor aims to liquidate approximately $250,000 of property to pay for the above legal costs.

The Court is reminded that those assets are committed to this very Court as part of the plea in case CR03-00213WHA.

Plaintiff Oliver Hilsenrath will further ask this Court to enforce the spirit of the Treaty and enjoin the US government from having its mutual debt with the Swiss paid from the Hilsenrath assets.

Dated: December 14, 2007

    Respectfully submitted,

        OLIVER HILSENRATH
        Plaintiff *pro se*
          /s/ Oliver Hilsenrath