SCOTT N. SCHOOLS (SC Bar # 9990)
United States Attorney
JOANN SWANSON (CA Bar # 88143)
Chief, Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6855
Facsimile: (415) 436-7234
joann.swanson@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | No. C 07-5100 WHA<br><br>SUPPLEMENTAL DECLARATION OF LAUREL BEELER IN SUPPORT OF DEFENDANT UNITED STATES' MOTION TO DISMISS PLAINTIFF'S MOTION FOR WRIT OF INJUNCTION |

I, Laurel Beeler, declare as follows:

1. I am an assistant United States attorney in the Northern District of California.

2. Attached to this declaration are a true and correct copy of an email sent to me by Oliver Hilsenrath on November 19, 2007, and a true and correct copy of the four-page attachment to that email. The four pages are comprised of (a) a one-page letter from Credit Suisse dated November 8, 2007, (b) a two-page letter in French dated November 6, 2007, from the Swiss prosecutor to Credit Suisse, and (c) one page in French from a Swiss order about Mr. Hilsenrath's assets.

Executed this 19th day of December, 2007, in San Francisco, California.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s Laurel Beeler
LAUREL BEELER
Assistant United States Attorney

SUPPLEMENTAL DECLARATION OF LAUREL BEELER
(C 07-5100 WHA)

# ATTACHMENT

## Beeler, Laurel (USACAN)

| | |
|---|---|
| **From:** | Oliver Hilsenrath [oliver_hilsenrath@sbcglobal.net] |
| **Sent:** | Monday, November 19, 2007 7:31 PM |
| **To:** | Beeler, Laurel (USACAN) |
| **Subject:** | Credit Suisse |
| **Attachments:** | Letter from CS re Holtkamp confiscation.pdf |

Dear Ms. Beeler,

The attachment was received by mail from Credit Suisse today.

Best regards,

Oliver

**CREDIT SUISSE**

| | |
|---|---|
| CREDIT SUISSE | |
| Legal Private Banking | Phone +41 (0)44 333 29 08 |
| Brandschenkestrasse 25 | Fax +41 (0)44 333 25 32 |
| P.O. Box 3 | www.credit-suisse.com |
| CH - 8070 Zürich | |

Legal Private Banking
Estate & Inquiries, YPSE 2

Urs Strub

+41 (0)44 333 29 08

Mr Oliviu Hilsenrath and-or Mrs Hana Hilsenrath
Ret
PCC   ULDR 11

November 8, 2007

### Request of the Federal Prosecutor's Office dated November 6, 2007

Dear Mr. Hilsenrath, dear Mrs. Hilsenrath

Please find enclosed a copy of the order of the Federal Prosecutor's Office, dated November 6, 2007.

We are compelled to comply with these orders and we will have to execute them within the next few days.

In case you should decide to contact the ordering authorities in Switzerland in order to clarify whether you will take any legal steps with regard to these measures, please inform us accordingly.

For further information, please contact the ordering authorities as well.

Yours sincerely

CREDIT SUISSE

Renate Sgier
Director

Urs Strub

**Enclosures**



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Ministère public de la Confédération MPC

Eingegangen

0 7. NOV. 2007

P.P. CH-3003 Berne, MPC

**Recommandé**
CREDIT SUISSE
Legal Private Banking
Brandschenkestrasse 25
Postfach 3
8070 ZURICH

| | |
|---|---|
| Procureur fédéral: | Brent Holtkamp |
| Procureur fédéral suppléant: | Giorgio Fumagalli |
| Greffière: | Diane Conrad-Taggesell |
| Procédure n°: | MPC/EAII/7/05/0271 |

Berne, le 6 novembre 2007

**Enquête de police judiciaire contre Oliver HILSENRATH et David KLARMAN pour blanchiment d'argent (art. 305 bis CPS)**

Madame, Monsieur,

Je vous informe que le soussigné a ordonné le 23 août 2007 la suspension de la procédure susmentionnée ainsi que la confiscation du solde des avoirs de la relation n° 0879-449712-4, composée de trois comptes et d'un dépôt, appartenant à Oliver HILSENRATH et/ou Hanna HILSENRATH auprès du CREDIT SUISSE, décision devenue définitive et exécutoire. Une copie du dispositif de dite ordonnance vous est transmise en annexe.

Partant, je vous prie de bien vouloir m'indiquer jusqu'au 13 novembre 2007 le solde de la relation n° 0879-449712-4, après la conversion en francs suisses et le calcul des frais et des intérêts.

Dans un deuxième temps, il vous sera demandé de verser ce montant sans délai dans les caisses fédérales dont les références vous seront communiquées.

Ministère public de la Confédération MPC
Diane Conrad-Taggesell
Taubenstrasse 16, 3003 Bern
Tél. +41 31 322 06 80, Fax +41 31 322 05 03
www.ba.admin.ch

Procédure n° MPC/EAII/7/05/0271

Je vous remercie de votre précieuse collaboration et vous prie d'agréer, Madame, Monsieur, mes salutations distinguées.

Ministère public de la Confédération MPC

Brent Holtkamp
Procureur fédéral

**Annexe**: mentionnée.

Procédure n° MPC/EAII/7/05/0271

Que la présente décision sera traduite en langue anglaise avant notification par la voie diplomatique à l'inculpé Oliver HILSENRATH, étant précisé que seule la version française fait foi,

Pour Oliver HILSENRATH, par ces motifs et au vu des dispositions 3, 8, 70, 305bis, 337 et 344a CP, ainsi que 73, 120, 123, 124 et 246bis PPF,

Pour David KLARMAN, par ces motifs et au vu des dispositions 3, 8, 49, 53, 70, 305bis, 337 et 344a CP, ainsi que 73, 120, 124 et 246bis PPF,

**Le Procureur fédéral soussigné décide :**

1. L'instruction pénale dirigée à l'encontre d'Oliver HILSENRATH est <u>provisoirement suspendue</u> et pourra notamment être reprise en cas de faits nouveaux ou si le prévenu se met à la disposition des autorités judiciaires helvétiques.

2. <u>La cessation de l'action pénale</u> dirigée à l'encontre de David KLARMAN compte tenu de la quotité prévisible de la condamnation pénale américaine.

3. Les coûts, d'un montant de CHF 104'508.40, <u>sont mis principalement à la charge</u> de l'inculpé Oliver HILSENRATH.

4. Les coûts, d'un montant de CHF 62'518.25, <u>sont mis partiellement à la charge</u> de l'inculpé David KLARMAN.

5. Les frais mis à la charge des inculpés feront l'objet d'un décompte séparé et seront perçus en premier lieu sur les avoirs sur sol helvétique frappés d'un séquestre pénal conservatoire, tout reliquat éventuel étant <u>confisqué</u> en application de l'article 70 CP.

6. Les autres frais, non attribués aux inculpés, seront provisoirement pris en charge par la Caisse fédérale.

7. Les valeurs patrimoniales situées en Belgique ainsi qu'en Pologne et placées sous séquestre pénal conservatoire par voie d'entraide pénale internationale seront <u>libérées uniquement en vue de leur transfert puis placement sur un compte escrow au nom</u> d'Oliver HILSENRATH auprès du *US District Court, Northern District of California, San Francisco, California / United States of America.*

8. A notifier en recommandé:
   - à Me Luke H. GILLON, pour l'inculpé David KLARMAN, Etude Gillon Perritaz Esseiva Overney, Bd de Pérolles 21, CH - 1700 FRIBOURG.

   Par voie officielle, Office fédéral de la Justice (accompagnée d'une traduction en langue anglaise):
   - à Oliver HILSENRATH, 822 Eastbrook Court, USA - Danville, California.

Ministère public de la Confédération MPC

Brent Holtkamp
Procureur fédéral

**CERTIFICATE OF SERVICE**

<u>**Hilsenrath v. USA**</u>
<u>**C 07-05100 WHA**</u>

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Supplemental Declaration of Laurel Beeler in Support of Defendant United States' Motion to Dismiss Plaintiff's Motion for Writ of Injunction**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    PERSONAL SERVICE (BY MESSENGER)

____    FEDERAL EXPRESS via Priority Overnight

_X_    EMAIL

____    FACSIMILE (FAX)

to the party(ies) addressed as follows:

Oliver Hilsenrath, Pro Se
822 Eastbrook Ct.
Danville, CA 94506
PH: 925.212.6299    FX: 925.736.7571
Email: oliver_hilsenrath@sbcglobal.net

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this December 20, 2007 at San Francisco, California.

____/s/_____
LILY HO-VUONG
Legal Assistant