SCOTT N. SCHOOLS (SC Bar # 9990)
United States Attorney
JOANN SWANSON (CA Bar # 88143)
Chief, Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6855
    Facsimile: (415) 436-7234
    joann.swanson@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant. | No. C 07-5100 WHA<br><br>DECLARATION OF JOANN M. SWANSON IN SUPPORT OF DEFENDANT UNITED STATES' MOTION TO DISMISS PLAINTIFF'S MOTION FOR WRIT OF INJUNCTION |

I, Joann M. Swanson, declare as follows:

1. I am an assistant United States attorney in the Northern District of California.

2. AUSA Laurel Beeler provided me with a copy of an email Oliver Hilsenrath sent her on November 19, 2007. The email had a four-page attachment, which included a November 6, 2007 letter in French. The United States Attorney's Office retained Idem Translations, Inc. to translate the November 6, 2007 letter from French to English. Attached hereto as Exhibit A is a copy that translation and a Certificate of Accuracy.

Executed in San Francisco, California on December 20, 2007. I have read the foregoing and declare under penalty of perjury that it is true and correct to the best of my knowledge and belief.

                                          /s/
                                  JOANN M. SWANSON

EXHIBIT A



IDEM JOB 0712-110

# CERTIFICATION OF ACCURACY

I CERTIFY, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT WE ARE COMPETENT IN **ENGLISH** AND **FRENCH** AND THAT THE FOLLOWING ARE, TO THE BEST OF OUR KNOWLEDGE AND BELIEF, A TRUE, CORRECT, COMPLETE AND ACCURATE TRANSLATION OF THE ORIGINAL DOCUMENT **REGARDING LEGAL LETTER, DATED NOVEMBER 6, 2007, FOR CRIMINAL POLICE INVESTIGATION OF OLIVER HILSENRATH AND DAVID KLARMAN FOR MONEY LAUNDERING.**

DECEMBER 19, 2007

*[signature]*

--------------------------------
MARIAM NAYINY
PRESIDENT
IDEM TRANSLATIONS, INC.

IDEM JOB 0712-110
**Translation from French**

Safwiss Confederation    Public Prosecutor of the Confederation    Received
7 Nov. 2007

P.O. CH-3003 Bern, PPC

**Registered**
CREDIT SUISSE
Legal Private Banking
Brandschenkestrasse 25
Postfach 3
8070 ZURICH

Federal Public Prosecutor:            Brent Holtkamp
Substitute Federal Public Prosecutor: Giorgio Fumagalli
Clerk:                                Diane Conrad-Taggesell
Proceeding No.:                       MPC/EAII/7/05/0271

Bern, 6 November 2007

**Criminal police investigation of Oliver HILSENRATH and David KLARMAN for money-laundering (Art. 305 *bis* of the Swiss Penal Code)**

Dear Madam, Dear Sir:

On 23 August 2007 the undersigned ordered suspension of the above-captioned proceeding as well as confiscation of the balance of the assets in CREDIT SUISSE master account No. 0879-449712-4, consisting in three accounts and a deposit belonging to Oliver HILSENRATH and/or Hanna HILSENRATH. This order has become final and enforceable. A copy of the ordering provisions is enclosed.

Please inform me, by 13 November 2007, of the balance in master account No. 0879-449712-4 after conversion into Swiss francs and calculation of the expenses and interest.

In a second phase, you will be asked to remit this amount immediately to Federal Treasury offices that will be indicated to you.

Public Prosecutor of the Confederation
Diane Conrad-Taggesell
Taubenstrasse 16, 3003 Bern
Tel.: +41 31 322 06 80
Fax: +41 31 322 05 03
www.ba.admin.ch

IDEM JOB 0712-110
**Translation from French**

Proceeding No. MPC/RSII/7/05/0271

Thank you for your cooperation.

Yours sincerely,

The Office of the Public Prosecutor of the Confederation
[signature, stamped seal]
Brent Holtkamp
Federal Prosecutor

Enclosure: as indicated

2/2

IDEM JOB 0712-110
Translation from French

Proceeding No. MPC/RSII/7/05/0271

...

That the within decision shall be translated into English before being served via diplomatic channels upon the accused Oliver HILSENRATH, with the understanding that the French version is the only valid version.

For Oliver HILSENRATH, on these grounds and in consideration of provisions 3, 8, 70, 305*bis*, 337, and 344a of the Penal Code, as well as 73, 120, 123, 124, and 246*bis* of the Federal Criminal Procedure Law.

For David KLARMAN, on these grounds and in consideration of provisions 3, 8, 49, 53, 70, 305*bis*, 337, and 344a of the Penal Code, as well as 73, 120,124, and 246*bis* of the Federal Criminal Procedure Law.

**The Federal Public Prosecutor decides**:

1. The criminal investigation of Oliver HILSENRATH is provisionally suspended, and may be resumed, particularly if new events are discovered or if the accused turns himself in to the Swiss judiciary authorities.

2. The criminal case brought against David KLARMAN is terminated, in view of the foreseeable extent of the U.S. criminal case judgment.

3. Costs totaling CHF 104,508.40 shall be charged chiefly to the accused Oliver HILSENRATH.

4. Costs totaling CHF 62,518.25 shall be charged in part to the accused David KLARMAN.

5. The expenses charged against the accused shall be detailed separately and shall be recovered, first, out of the assets in Switzerland that have been subjected to a precautionary criminal attachment. Any remaining balance shall be confiscated in application of Article 70 of the Penal Code.

6. Other expenses not charged to the accuseds shall be provisionally assumed by the Federal Treasury.

7. The assets located in Belgium and in Poland and subjected to precautionary criminal attachment via international criminal assistance shall be released solely for purposes of their transfer and subsequent deposit in an escrow account in the name of Oliver HILSENRATH with the U.S. District Court, Northern District of California, San Francisco, California, United States of America.

8. A copy is to be served by registered mail upon:
- *Maître* Luke H. Gillon, representing the accused David KLARMAN, Law Offices of Gillon Perritaz Esseiva Overney, Boulevard de Pérolles 21, CH-1700 Fribourg.

**IDEM JOB 0712-110**
**Translation from French**

Via official channels, Federal Office of Justice (accompanied by a translation into English), upon:
- Oliver HILSENRATH, 822 Eastbrook Court, Danville, California, USA.


The Office of the Public Prosecutor of the Confederation
[signature, stamped seal]
Brent Holtkamp
Federal Prosecutor

11/12

**CERTIFICATE OF SERVICE**

**Hilsenrath v. USA**
**C 07-05100 WHA**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Declaration of Joann Swanson in Support of Defendant United States' Motion to Dismiss Plaintiff's Motion for Writ of Injunction with Exhibit A**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   PERSONAL SERVICE (BY MESSENGER)

____   FEDERAL EXPRESS via Priority Overnight

_X_   EMAIL

____   FACSIMILE (FAX)

to the party(ies) addressed as follows:

Oliver Hilsenrath, Pro Se
822 Eastbrook Ct.
Danville, CA 94506
PH: 925.212.6299     FX: 925.736.7571
Email: oliver_hilsenrath@sbcglobal.net

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this December 20, 2007 at San Francisco, California.

____/s/_____
LILY HO-VUONG
Legal Assistant