1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLIVER HILSENRATH,                                       No. C 07-05100 WHA

              Plaintiff,

     v.                                                            **JUDGMENT**

UNITED STATES OF AMERICA,

              Defendant.
                                                        /

     For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff.  The Clerk **SHALL CLOSE THE FILE**.

     **IT IS SO ORDERED.**

Dated:  January 3, 2008.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE