**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 3, 2008

Case No.  C 07-05100 WHA

Title: OLIVER HILSENRATH  v. USA

Plaintiff Attorneys: Pro Se

Defense Attorneys: JoAnn Swanson

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    Dft's Motion to Dismiss - Taken Under Submission

2) _____

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**